ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
ELLIOT STEIN AND DORINDA MEDLEY,

                    Petitioners,          14 Civ. 3635 (LLS)

          - against -                            ORDER


ROBERT CHEEVERS,

                    Respondent.
- - - - - - - - - - - - - - - - - - X

     After hearing counsel this morning, and there appearing no

reason why Arbitrator Einbinder's February 4, 2014 Partial Award

should be vacated or modified pursuant to 9 U.S.C. §§ 10 or 11,

the May 21, 2014 petition to confirm the Partial Award is

granted pursuant to 9 U.S.C. § 9, and the Partial Award is

confirmed.

     The clerk is directed to close the case.

     So ordered.


Dated:   New York, New York
         August 15, 2014


                              _____
                              LOUIS L. STANTON
                              U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/14